UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DALE L. COWDEN and CANDY L. COWDEN,

    Plaintiffs,

    v.

GUILD MORTGAGE COMPANY, a corporation, and ROUTH CRABTREE OLSEN, PS,

    Defendants.

Case No. MS 05-5013FDB

ORDER TO SHOW CAUSE

Plaintiffs purport to file a claim against defendants citing deceptive foreclosure practices. Plaintiffs, however, have not properly commenced an action pursuant to Fed. R. Civ. P. 3. Moreover, Plaintiffs have failed to demonstrate that this Court has subject matter jurisdiction.

ACCORDINGLY, IT IS ORDERED:

1. By no later than June 24, 2005, Plaintiff shall file a pleading that sets forth her claim for relief that contains (a) a short, plain statement of the grounds upon which the Court's jurisdiction depends; (b) a short plain statement of the claim showing that the plaintiff is entitled to relief, and (c) a demand for judgment for the relief that Plaintiff seeks.

2. Failure to timely comply with this order may result in dismissal of this cause of action.

DATED this 8th day of June, 2005.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1