UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DALE L. COWDEN and CANDY L. COWDEN,<br><br>Plaintiffs,<br><br>v.<br><br>GUILD MORTGAGE COMPANY, a corporation, and ROUTH CRABTREE OLSEN, PS,<br><br>Defendants. | Case No. MS 05-5012FDB<br><br>ORDER OF DISMISSAL |

By order of June 7, 2005, Plaintiffs were ordered to file by June 24, 2005 a pleading that sets forth a short, plaint statement of the grounds upon which the Court's jurisdiction depends, that shows that the Plaintiffs are entitled to relief, and a demand for judgment for the relief sought, and failure to respond would result in dismissal. Plaintiffs have failed to respond to the Court's Order.

ACCORDINGLY, IT IS ORDERED: Plaintiffs' cause of action is DISMISSED.

DATED this 29th day of June, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1